[Reset Form]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED

## CASE SUMMARY

Case Number **CR 14 00267**    Defendant Number **4**

U.S.A. v. **CAMILO BARRAZA-TORRES**    Year of Birth **1959**

[✓] Indictment   [ ] Information    Investigative agency (FBI, DEA, etc.) **DEA**

2014 MAY -9 PM 4: 39

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense **Ongoing**

c. County in which first offense occurred

**Los Angeles**

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles    [ ] Ventura
[ ] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[✓] San Bernardino [ ] Other _____

Citation of Offense **21 USC 846**

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    [✓] No   [ ] Yes

IF YES   Case Number **N/A**

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED

CASE   **N/A**

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: **N/A**

Case Number **N/A**

Charging **N/A**

The complaint:   [ ] is still pending
                 [ ] was dismissed on: **N/A**

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide, Name: **N/A**

Phone Number: **N/A**

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
**N/A**

Case Number **N/A**

The superseded case:

[ ] is still pending before Judge/Magistrate Judge
**N/A**

[ ] was previously dismissed on **N/A**

Are there 8 or more defendants in the superseding case?
[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?  [x] YES  [ ] NO
IF YES, list language and/or dialect: Spanish

**OTHER**
- [x] Male  [ ] Female
- [ ] U.S. Citizen  [x] Alien
- Alias Name(s): Carpintero

This defendant is charged in:  [ ] All counts
[x] Only counts: One

- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [x] No
IF YES, should matter be sealed?  [ ] Yes  [x] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [x] narcotics offenses
- [ ] violent crimes/firearms
- [ ] Other
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
- a. Date and time of arrest on complaint: N/A
- b. Posted bond at complaint level on: N/A
  in the amount of $ N/A
- c. PSA supervision?  [ ] Yes  [x] No
- d. Is on bail or release from another district: N/A

Defendant is **in** custody:
- a. Place of incarceration:  [ ] State  [ ] Federal
- b. Name of Institution: N/A
- c. If Federal: U.S. Marshal's Registration Number: N/A
- d. [ ] Solely on this charge. Date and time of arrest: N/A
- e. On another conviction:  [ ] Yes  [ ] No
  IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
- f. Awaiting trial on other charges:  [ ] Yes  [ ] No
  IF YES:  [ ] State  [ ] Federal  AND
  Name of Court: N/A
  Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20 ___  21 ___  40 ___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date: 5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name