FILED

2014 MAY -9  PM 4: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

1   ANDRÉ BIROTTE JR.
United States Attorney
2   ROBERT E. DUGDALE
Assistant United States Attorney
3   Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
4   Assistant United States Attorney
Major Frauds Section
5        1100 United States Courthouse
312 North Spring Street
6        Los Angeles, California 90012
Telephone: (213) 894-0610
7        Facsimile: (213) 894-0142
E-mail:   christopher.pelham@usdoj.gov
8
Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,        No. CR 14 00267

13             Plaintiff,             GOVERNMENT'S NOTICE OF REQUEST FOR
                                      DETENTION
14             v.

15   CAMILO BARRAZA-TORRES,

16             Defendant.

17

18        Plaintiff, United States of America, by and through its counsel

19   of record, hereby requests detention of defendant and gives notice of

20   the following material factors:

21   ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

22             following grounds:

23        ☐  a.   present offense committed while defendant was on release

24             pending (felony trial),

25        ☐  b.   defendant is an alien not lawfully admitted for

26             permanent residence; and

27

28

1   ☐   c.    defendant is an alien not lawfully admitted for

2            permanent residence; and

3   ☒   2.    Pretrial Detention Requested (§ 3142(e)) because no

4            condition or combination of conditions will reasonably

5            assure:

6       ☒   a.    the appearance of the defendant as required;

7       ☒   b.    safety of any other person and the community.

8   ☐   3.    Detention Requested Pending Supervised Release/Probation

9            Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10           § 3143(a)):

11      ☐   a.    defendant cannot establish by clear and convincing

12                evidence that he/she will not pose a danger to any

13                other person or to the community;

14      ☐   b.    defendant cannot establish by clear and convincing

15                evidence that he/she will not flee.

16  ☒   4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.

17           § 3142(e)):

18      ☒   a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19                (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20                greater maximum penalty (presumption of danger to

21                community and flight risk);

22      ☐   b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23                2332b(g)(5)(B) with 10-year or greater maximum penalty

24                (presumption of danger to community and flight risk);

25      ☐   c.    offense involving a minor victim under 18 U.S.C.

26                §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27                2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

1        2260, 2421, 2422, 2423 or 2425 (presumption of danger

2        to community and flight risk);

3    ☐   d.   defendant currently charged with an offense described

4        in paragraph 5a - 5e below, <u>AND</u> defendant was

5        previously convicted of an offense described in

6        paragraph 5a - 5e below (whether Federal or

7        State/local), <u>AND</u> that previous offense was committed

8        while defendant was on release pending trial, <u>AND</u> the

9        current offense was committed within five years of

10       conviction or release from prison on the above-

11       described previous conviction (presumption of danger to

12       community).

13   ☒   5.   Government Is Entitled to Detention Hearing Under § 3142(f)

14       If the Case Involves:

15   ☐   a.   a crime of violence (as defined in 18 U.S.C.

16       § 3156(a)(4)) or Federal crime of terrorism (as defined

17       in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum

18       sentence is 10 years' imprisonment or more;

19   ☒   b.   an offense for which maximum sentence is life

20       imprisonment or death;

21   ☒   c.   Title 21 or MDLEA offense for which maximum sentence is

22       10 years' imprisonment or more;

23   ☐   d.   any felony if defendant has two or more convictions for

24       a crime set forth in a-c above or for an offense under

25       state or local law that would qualify under a, b, or c

26       if federal jurisdiction were present, or a combination

27       or such offenses;

28

3

1    ☐   e.    any felony not otherwise a crime of violence that

2               involves a minor victim or the possession or use of a

3               firearm or destructive device (as defined in 18 U.S.C.

4               § 921), or any other dangerous weapon, or involves a

5               failure to register under 18 U.S.C. § 2250;

6    ☒   f.    serious risk defendant will flee;

7    ☐   g.    serious risk defendant will (obstruct or attempt to

8               obstruct justice) or (threaten, injure, or intimidate

9               prospective witness or juror, or attempt to do so).

10 ☐ 6.    Government requests continuance of \_\_\_\_\_ days for detention

11      hearing under § 3142(f) and based upon the following

12      reason(s):

13

14 _____

15 _____

16 _____

17 // _____

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1    ☐   7.    Good cause for continuance in excess of three days exists in

2         that:

3

4         _____

5         _____

6         _____

7         _____

8    Dated: 5/2/14                    Respectfully submitted,

9                                     ANDRÉ BIROTTE JR.
                                      United States Attorney
10

11                                    ROBERT E. DUGDALE
                                      Assistant United States Attorney
                                      Chief, Criminal Division
12

13

14                                    CHRISTOPHER K. PELHAM
                                      Assistant United States Attorney
15

                                      Attorneys for Plaintiff
16                                    UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

                                      5